# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

RODNEY HOPKINS,

        Plaintiff,

    v.

MATTHEW J. FRANK; DR. QUISLING;
WARDEN, COLUMBIA CORRECTIONAL
INSTITUTION; WARDEN, MILWAUKEE
SECURE DETENTION FACILITY;
WARDEN ROBERT HUMPHREYS, RACINE
CORRECTIONAL INSTITUTION;
CAPT. GEGARE, RACINE CORRECTIONAL
INSTITUTION; MS. WIEGAND; CO MARSHALL;
CO MORRIS; BRENDA LABELLE; NANCY
PADGETT, GREG GRAMS and LAMONT
MARSHALL,

        Defendants.

## JUDGMENT IN A CIVIL CASE

### Case No.: 06-C-597-C

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

       Plaintiff's claims that defendant Lamont Marshall sexually harassed him and that defendant Robert Humphreys knew the harassment was likely to happen and failed to stop it are DISMISSED without prejudice to plaintiff's refiling them after he has exhausted his administrative remedies.  Plaintiff's claims that defendants Matthew Frank, Greg Grams and John Quisling delayed his dental treatment and failed to provide him with adequate care are DISMISSED with prejudice.

THERESA M. OWENS

_____

Theresa M. Owens, Clerk

/s/ S. Vogel

by Deputy Clerk

2/4/08

_____

Date